It is ORDERED that the petition for certification is denied.

147 A.3d 454

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. T.V.W. AND M.A., DE-
FENDANTS, AND A.S., DEFENDANT-PETITIONER.IN THE
MATTER OF THE GUARDIANSHIP OF A.N.T.S. AND A.N.A.,
MINORS–RESPONDENTS.

Filed July 15, 2016.

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3002/3070/3071-
14 having been submitted to this Court, and the Court having
considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 454

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
EARL MARSHALL, DEFENDANT-RESPONDENT.

July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5127-11 and A-
592-12 having been submitted to this Court, and the Court having
considered the same;

It is ORDERED that the petition for certification is denied.